United States Courts
Southern District of Texas
FILED
August 31, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-mj-448** |
| | § | |
| **WENJIN LIAO,** | § | |
| **Defendant.** | § | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## GENERAL ALLEGATIONS

At all times material to this Information:

1. The Federal Aviation Administration (FAA) is an agency within the United States Department of Transportation responsible for the control and use of navigable airspace within the United States. The FAA created the National Airspace System (NAS) to protect persons and property on the ground, and to establish a safe and efficient airspace for civil, commercial, and military aviation. In the FAA Modernization and Reform Act of 2012, the FAA was charged with safely integrating UAS, commonly referred to as "drones," into the NAS.

2. Title 49 ("Transportation"), United States Code, Section 40103(b)(3) requires the Administrator of the FAA, in consultation with the Secretary of Defense, to establish areas in the airspace the Administrator decides are necessary in the interest of national defense; and by regulation or order, restrict or prohibit flight of civil aircraft that the Administrator cannot identify, locate, and control with available facilities in those areas. A TFR is a regulation that temporarily restricts certain aircraft from operating within a defined area in order to protect persons or property in the air or on the ground.

3. Pursuant to § 40103(b)(3), between June 9 and July 19, 2026, the FAA issued a TFR that prohibited all unmanned aircraft from operating within the defined geographical zone within Houston, TX without prior approval from the FAA. Pursuant to § 40103(b)(3), the FAA classified the airspace within this TFR as "National Defense Airspace" in NOTAM (written notification) 6/6447; and is further defined under to Title 14, Code of Federal Regulations (CFR) 99.7, Special Security Instructions (SSI), all UAS flight operations are prohibited within a one nautical mile (NM) radius of 29°45'08.0"N 95°21'08.0"W and 1,000 foot (FT) surface to above-ground-level (AGL). TFR NOTAM 6/6447 and other TFRs are published by the FAA and are publicly accessible via https://tfr.faa.gov prior to their respective start date.

4. This TFR, and other TFR's, were issued as part of a comprehensive security complement designed to protect and secure the events leading up to and including Houston, TX, hosting the 2026 FIFA World Cup. This particular TFR extended from approximately Gray Street on its southern border to the Buffalo Bayou on the northern border, with North Hutcheson Street on the eastern border and Travis Street on the western border. This TFR was in effect from June 9, 2026, to July 19, 2026.

5. Additionally, on Jun 16, 2026 at 7:10 PM/CST, the Major League Baseball (MLB) Team, the Houston Astros, played a MLB game a Daikin Park, 501 Crawford Street, Houston, TX 77002. The FAA has established that flying drones in and around stadiums is prohibited beginning one hour before and ending one hour after the scheduled time of any normal or post season event for any of the following[1]:

- Major League Baseball (MLB)
- National Football League (NFL)
- NCAA Division One Football

[1] https://www.faa.gov/uas/getting_started/where_can_i_fly/airspace_restrictions/sports_stadiums

- NASCAR Sprint Cup, Indy Car, and Champion Series races

For the MLB Houston Astros Team and Daikin Park, this temporary flight restriction (TFR) falls under NOTAM 0/0367, and prohibits UAS operations within three (3) nautical miles radius of the stadium or venue, specifically Dakin Park[2].

**COUNT ONE**
**(Violation of National Defense Airspace)**
**(49 U.S.C. § 46307)**

6. The General Allegations section of this Information is re-alleged and incorporated by reference as though fully set forth herein.

7. On or about June 16, 2026, at approximately 8:45 p.m. Central Standard Time (CST), in Harris County, in the Southern District of Texas, the defendant,

**WENJIN LIAO,**

while piloting an Unmanned Aircraft System ("UAS"), did knowingly and willfully, and without lawful authority, conduct aircraft operations in restricted National Defense Airspace, that is, within the area subject to a Temporary Flight Restriction ("TFR") prohibiting UAS flight set forth in NOTAM 0/0367, a regulation prescribed under Title 14, Code of Federal Regulations Sections 99.7 and Title 49, United States Code, Section 40130(b)(3), in violation of Title 49, United States Code, Section 46307.

**AARON F. REITZ**
**United States Attorney**
**Southern District of Texas**

By:______________________________
CAROLYN FERKO
Assistant United States Attorney

[2] https://tfr.faa.gov/tfr3/?page=detail_0_0367